IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___ D.C.
05 APR 18 PM 1:21
ROBERT R. DiTROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN -JACKSON

| | |
|---|---|
| Nat Barkley, as Next Friend of Hadie Alsup, an incapacitated person, <br><br> Plaintiff, <br><br> v. <br><br> Kindred Healthcare, Inc.; Kindred Nursing Centers Limited Partnership d/b/a Pine Meadows Healthcare and Rehabilitation Center; Kindred Healthcare Services, Inc.; Kindred Healthcare Operating, Inc., and Larry W. Shrader, in his capacity as Administrator of Pine Meadows Healthcare and Rehabilitation Center <br><br> Defendants. | No. 04-1344-T/An <br> Jury Demanded |

### ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Reply Brief to Defendants' Response to Plaintiff's Motion to Remand is granted.

Dated at Jackson, Tennessee this _18_ day of _April_, 2005.

_____
JUDGE JAMES D. TODD

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 4/20/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 1:04-CV-01344 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

Brian Reddick
WILKES & MCHUGH, P.A.
425 West Capitol Avenue
Ste. 3500
Little Rock, AR 72201

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Honorable James Todd
US DISTRICT COURT