# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division



## JUDGMENT IN A CIVIL CASE

NAT BARKLEY as Next Friend of
Hadie Alsup, an incapacitated person,

vs.

KINDRED HEALTHCARE, INC.;
ET AL.,

CASE NUMBER: 1:04-1344-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 4/20/2005, this action is hereby REMANDED to the Circuit Court of Hardeman County, Tennessee at Boliver. The Court is also deferring ruling on Plaintiff's Motion for Reconsideration and/or Appeal, and Objections to Magistrate Judge's Order Denying in Part Plaintiff's Motion for Leave of Court to Amend First Amended Complaint to the State Court.

APPROVED:

_/s/ James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

ROBERT R. Di TROLIO
CLERK

4-21-05
DATE

BY: _____
DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4/25/05.

33

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 1:04-CV-01344 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Linda Fulghum
Hardeman County Courthouse
100 N. Main
Bolivar, TN 38008

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Brian Reddick
WILKES & MCHUGH, P.A.
425 West Capitol Avenue
Ste. 3500
Little Rock, AR 72201

Honorable James Todd
US DISTRICT COURT